CONFLICT_STMT

# U.S. District Court
## Alabama Middle District (Montgomery)
## CIVIL DOCKET FOR CASE #: 2:22-cv-00666-MHT-SMD
## Internal Use Only

Coleman et al v. Hyundai Motor Manufacturing of Alabama LLC  
Assigned to: Honorable Judge Myron H. Thompson  
Referred to: Magistrate Judge Stephen Michael Doyle  
Cause: 42:2000 Job Discrimination

Date Filed: 11/17/2022  
Jury Demand: Plaintiff  
Nature of Suit: 442 Civil Rights: Jobs  
Jurisdiction: Federal Question

**Plaintiff**

**Frederick Coleman** represented by **Ivey Elizabeth Best**
Washington Law Firm
1050 Connecticut Ave NW
No. 500
Washington, DC 20036
202-770-3440
Email: ib@washingtonfirmpllc.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Active**

**Artur G. Davis**
HKM Employment Attorneys
2024 3rd Ave. N
Suite 212
Birmingham, AL 35203
205-881-0935
Email: adavis@hkm.com
*ATTORNEY TO BE NOTICED*
**Bar Status: Active**

**Plaintiff**

**Edward Daniels** represented by **Ivey Elizabeth Best**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status: Active**

**Artur G. Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*
**Bar Status: Active**

**Plaintiff**

**Jason Ingram** represented by **Ivey Elizabeth Best**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                    **Bar Status:** Active

                    **Artur G. Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*
**Bar Status:** Active

**Plaintiff**

**Stacy Trimble**      represented by    **Ivey Elizabeth Best**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status:** Active

                    **Artur G. Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*
**Bar Status:** Active

**Plaintiff**

**Jimmy Williams**      represented by    **Ivey Elizabeth Best**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status:** Active

                    **Artur G. Davis**
(See above for address)
*ATTORNEY TO BE NOTICED*
**Bar Status:** Active

V.

**Defendant**

**Hyundai Motor Manufacturing of Alabama LLC**      represented by    **Albert Loring Vreeland , II**
Lehr Middlebrooks Vreeland & Thompson, PC
PO Box 11945
Birmingham, AL 35202-1145
205-326-3002
Fax: 205-326-3008
Email: avreeland@lehrmiddlebrooks.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
**Bar Status:** Active

                    **Whitney Ryan Brown**
Lehr Middlebrooks Price & Vreeland, PC
2021 Third Avenue North
Birmingham, AL 35203
205-323-9274
Fax: 205-326-3008
Email: wbrown@lehrmiddlebrooks.com

LEAD ATTORNEY
ATTORNEY TO BE NOTICED
**Bar Status: Active**

[Email All Attorneys]
[Email All Attorneys and Additional Recipients]

| Date Filed | # | Docket Text |
|---|---|---|
| 11/17/2022 | 1 | COMPLAINT *with JURY DEMAND* against Hyundai Motor Manufacturing of Alabama LLC ( Filing fee $ 402 receipt number AALMDC-3322618.), filed by Stacy Trimble, Frederick Coleman, Jason Ingram, Edward Daniels, Jimmy Williams. 90 day Rule 4m deadline set for 2/15/2023. (Attachments: # 1 Civil Cover Sheet, # 2 Summons)(Davis, Artur) (Attachment 2 replaced on 11/17/2022 to lock down summons) (cwl, ). (Entered: 11/17/2022) |
| 11/17/2022 | 2 | Case Assigned to Honorable Judge Myron H. Thompson as presiding and Honorable Judge Stephen Michael Doyle as referral Judge. (cwl, ) (Entered: 11/17/2022) |
| 11/17/2022 | 3 | Notice of Deficiency requiring filing of Corporate Disclosure/Conflict Statement sent to Stacy Trimble, Frederick Coleman, Jason Ingram, Edward Daniels, Jimmy Williams. Corporate Disclosures due by 11/28/2022. (Attachments: # 1 Conflict Statement Standing Order & Sample Format)(cwl, ) (Entered: 11/17/2022) |
| 11/17/2022 | 4 | Summons Issued as to Hyundai Motor Manufacturing of Alabama LLC.**NOTICE TO COUNSEL: Summons have been issued. Please print copies necessary for service.** (bes, ) (Entered: 11/17/2022) |
| 11/17/2022 | 5 | Corporate/Conflict Disclosure Statement by Frederick Coleman re 3 Notice of Deficiency requiring filing of Corporate Disclosure/Conflict Statement,. (Davis, Artur) (Additional attachment(s) added on 11/18/2022: # 1 Corrected Certificate of Service) (cwl, ). (Entered: 11/17/2022) |
| 11/17/2022 | 6 | Corporate/Conflict Disclosure Statement by Edward Daniels re 3 Notice of Deficiency requiring filing of Corporate Disclosure/Conflict Statement,. (Davis, Artur) (Additional attachment(s) added on 11/18/2022: # 1 Corrected Certificate of Service) (cwl, ). (Entered: 11/17/2022) |
| 11/17/2022 | 7 | Corporate/Conflict Disclosure Statement by Jason Ingram re 3 Notice of Deficiency requiring filing of Corporate Disclosure/Conflict Statement,. (Davis, Artur) (Additional attachment(s) added on 11/18/2022: # 1 Corrected Certificate of Service) (cwl, ). (Entered: 11/17/2022) |
| 11/17/2022 | 8 | Corporate/Conflict Disclosure Statement by Stacy Trimble re 3 Notice of Deficiency requiring filing of Corporate Disclosure/Conflict Statement,. (Davis, Artur) (Additional attachment(s) added on 11/18/2022: # 1 Corrected Certificate of Service) (cwl, ). (Entered: 11/17/2022) |
| 11/17/2022 | 9 | Corporate/Conflict Disclosure Statement by Jimmy Williams re 3 Notice of Deficiency requiring filing of Corporate Disclosure/Conflict Statement,. (Davis, Artur) (Additional attachment(s) added on 11/18/2022: # 1 Corrected Certificate of Service) (cwl, ). (Entered: 11/17/2022) |
| 12/05/2022 | 10 | AMENDED COMPLAINT with JURY DEMAND against Hyundai Motor Manufacturing of Alabama LLC, filed by All Plaintiffs. (Attachments: # 1 Summons Amended Complaint)(Davis, Artur) Modified on 12/5/2022 to add jury demand (cwl, ). (Entered: 12/05/2022) |

| | | |
|---|---|---|
| 12/05/2022 | 11 | Corporate/Conflict Disclosure Statement by Sandy W. Landers . (Davis, Artur) Modified on 12/5/2022 to remove link to amended complaint (cwl, ). (Entered: 12/05/2022) |
| 12/05/2022 | 12 | Alias Summons issued as to Hyundai Motor Manufacturing of Alabama LLC.**NOTICE TO COUNSEL: Alias Summons have been issued. Please print copies necessary for service.** (am, ) (Entered: 12/05/2022) |
| 12/13/2022 | 13 | ACKNOWLEDGEMENT OF SERVICE (Acceptance of Service) Executed as to 10 Amended Complaint, filed by Frederick Coleman, Edward Daniels, Jason Ingram, Sandy Landers, Stacy Trimble, Jimmy Williams. (Davis, Artur) Modified on 12/13/2022 to clean up text (cwl, ). (Additional attachment(s) added on 12/13/2022: # 1 Corrected signature page & Certificate of Service) (cwl, ). (Entered: 12/13/2022) |
| 12/13/2022 | | ***PURSUANT TO THE 13 ACCEPTANCE - Attorney Albert Loring Vreeland, II for Hyundai Motor Manufacturing of Alabama LLC added. (no pdf attached) (cwl, ) (Entered: 12/13/2022) |
| 12/20/2022 | 14 | MOTION for Extension of Time to File Answer re 10 Amended Complaint, by Hyundai Motor Manufacturing of Alabama LLC. (Vreeland, Albert) (Entered: 12/20/2022) |
| 12/20/2022 | 15 | **TEXT ORDER granting 14 Motion for Extension of Time to Answer to the 10 Amended Complaint. Signed by Honorable Judge Myron H. Thompson on 12/20/2022. (No PDF attached to this entry) (bes, )** (Entered: 12/20/2022) |
| 01/17/2023 | 16 | MOTION for Extension of Time to File Answer re 10 Amended Complaint, *(Unopposed)* by Hyundai Motor Manufacturing of Alabama LLC. (Vreeland, Albert) (Entered: 01/17/2023) |
| 01/17/2023 | 17 | **TEXT ORDER granting 16 Motion for Extension of Time to Answer re 10 Amended Complaint. The deadline for response to the amended complaint is extended to 1/24/2023. Signed by Honorable Judge Myron H. Thompson on 1/17/2023. (no pdf attached) (cwl, )** (Entered: 01/17/2023) |
| 01/24/2023 | 18 | ANSWER to 10 Amended Complaint, by Hyundai Motor Manufacturing of Alabama LLC.(Vreeland, Albert) (Entered: 01/24/2023) |
| 01/24/2023 | 19 | Corporate/Conflict Disclosure Statement by Hyundai Motor Manufacturing of Alabama LLC. (Vreeland, Albert) (Entered: 01/24/2023) |
| 01/24/2023 | 20 | **RULE 26(f) ORDER: it is ORDERED that the Rule 26(f) report containing the discovery plan shall be filed as soon as practicable, as further set out in order. Rule 26 Meeting Report due by 2/14/2023. Signed by Honorable Judge Myron H. Thompson on 1/24/2023. (cwl, )** (Entered: 01/24/2023) |
| 02/14/2023 | 21 | REPORT of Rule 26(f) Planning Meeting. (Vreeland, Albert) (Entered: 02/14/2023) |
| 02/14/2023 | | ***PURSUANT TO THE 21 REPORT - Attorney Whitney Ryan Brown for Defendant Hyundai Motor Manufacturing of Alabama LLC added. (No PDF attached to this entry) (amf, ) (Entered: 02/14/2023) |
| 02/15/2023 | 22 | **UNIFORM SCHEDULING ORDER: Final Pretrial Conference set before Honorable Judge Myron H. Thompson for 4/25/2024, in Montgomery, Alabama; Jury Trial set before Honorable Judge Myron H. Thompson for 6/17/2024 in Montgomery, Alabama; Amended Pleadings due by 6/15/2023; Discovery due by 11/29/2023; dispositive & daubert Motions due by 12/27/2023; Mediation Notice due by 12/5/2023, as further set out in order. Signed by Honorable Judge Myron H. Thompson on 2/15/2023. (furn: calendar, ag)(cwl, )** (Entered: 02/15/2023) |

| | | |
|---|---|---|
| 06/13/2023 | 23 | Joint MOTION for Entry of Protective Orders by Hyundai Motor Manufacturing of Alabama LLC, Frederick Coleman, Edward Daniels, Jason Ingram, Sandy Landers, Stacy Trimble, Jimmy Williams. (Attachments: # 1 Text of Proposed Order)(Vreeland, Albert) Modified on 6/13/2023 to clarify text and add joint filers (cwl, ). (Entered: 06/13/2023) |
| 06/13/2023 | 24 | **ORDER: it is ORDERED that the 23 Joint Motion for Protective Order is GRANTED, as further set out in order. Signed by Magistrate Judge Stephen Michael Doyle on 6/13/2023. (cwl, )** (Entered: 06/13/2023) |
| 11/22/2023 | 25 | Joint MOTION for Extension by Hyundai Motor Manufacturing of Alabama LLC, Frederick Coleman, Edward Daniels, Jason Ingram, Sandy Landers, Stacy Trimble, Jimmy Williams. (Vreeland, Albert) Modified on 11/22/2023 to clean up text and add joint filers (cwl, ). (Entered: 11/22/2023) |
| 11/28/2023 | 26 | **ORDER: It is ORDERED as follows: (1) The joint motion for extension (Doc. 25 ) is granted as set forth below. (2) The uniform scheduling order (Doc. 22 ) is modified in the following respects: (A) The deadline for completing discovery, currently set for November 29, 2023, is extended to December 20, 2023. (B) The deadline for the parties' settlement conference, currently set for November 29, 2023, is extended to December 20, 2023, with the deadline for filing the "Notice Concerning Settlement Conference and Mediation" extended accordingly. (C) The deadline for filing dispositive and Daubert motions, currently set for December 27, 2023, is extended to January 17, 2024. (D) All other deadlines are unchanged. Signed by Honorable Judge Myron H. Thompson on 11/28/2023. (cwl, )** (Entered: 11/28/2023) |
| 01/17/2024 | 27 | MOTION for Summary Judgment by Hyundai Motor Manufacturing of Alabama LLC. (Vreeland, Albert) (Entered: 01/17/2024) |
| 01/17/2024 | 28 | BRIEF/MEMORANDUM in Support re 27 MOTION for Summary Judgment filed by Hyundai Motor Manufacturing of Alabama LLC. (Vreeland, Albert) (Entered: 01/17/2024) |
| 01/17/2024 | 29 | Evidentiary Submission re 28 BRIEF/MEMORANDUM in Support, 27 MOTION for Summary Judgment filed by Hyundai Motor Manufacturing of Alabama LLC. (Attachments: # 1 Exhibit 1 - Declaration of R Burns with exh, # 2 Exhibit 2 - Deposition of J Ingram with exh, # 3 Exhibit 3 - Depo of B Evans, # 4 Exhibit 4 - Affidavit of S Tunnell with exhibits, # 5 Exhibit 5 - Deposition of S Landers with exhibits (1 of 2), # 6 Exhibit 5 - Deposition of S Landers with exhibits (2 of 2), # 7 Exhibit 6 - Deposition of R Burns, # 8 Exhibit 7 - Deposition of E Daniels with exhibits (1 of 2), # 9 Exhibit 7 - Deposition of E Daniels with exhibits (2 of 2), # 10 Exhibit 8 - Deposition of P Vessenmeyer, # 11 Exhibit 9 - Def INT Responses, # 12 Exhibit 10 - Affidavit of R Williams with exhibits, # 13 Exhibit 11 - Deposition of J Williams with exhibits (1 of 2), # 14 Exhibit 11 - Deposition of J Williams with exhibits (2 of 2), # 15 Exhibit 12 - Deposition of S Trimble with exhibits (1 of 2), # 16 Exhibit 12 - Deposition of S Trimble with exhibits (2 of 2), # 17 Exhibit 13 - Deposition of S Nice, # 18 Exhibit 14 - Deposition of F Coleman with exhibits (1 of 2), # 19 Exhibit 14 - Deposition of F Coleman with exhibits (2 of 2), # 20 Exhibit 15 - Deposition of T Brown with exhibits) (Vreeland, Albert) (Entered: 01/17/2024) |
| 01/22/2024 | 30 | **TEXT ORDER setting Status Conference for 1/23/2024 at 9:00 AM in ZOOM before Honorable Judge Myron H. Thompson to discuss mediation. Signed by Honorable Judge Myron H. Thompson on 1/22/2024. (furn: calendar, ag, lw) (no pdf attached)(CWL)** (Entered: 01/22/2024) |

| Date | Doc # | Description |
|---|---|---|
| 01/23/2024 | 🔒 31 | Minute Entry for proceedings held before Honorable Judge Myron H. Thompson: Status Conference held on 1/23/2024 (PDF available for court use only). (Court Reporter Katie Silas, 334-315-0363, katie_silas@almd.uscourts.gov.) (AG) (Entered: 01/23/2024) |
| 01/24/2024 | 32 | **ORDER: it is ORDERED as follows: (1) The parties shall mediate this case as soon as possible. Should they choose to avail themselves of the court's mediation program, they should jointly contact the assigned United States Magistrate Judge with three proposed dates for the mediation. (2) The pretrial, currently set for April 25, 2024, and the trial, currently set for June 17, 2024, are continued generally, and will be reset if the case does not settle. (3) The motion for summary judgment (Doc. 27 ) is denied with leave to refile if the case does not settle. (4) This case is administratively closed pending the settlement effort. (5) On the third Tuesday of every month, starting on February 20, 2024, the parties shall file a joint notice as to the status of the mediation and settlement effort. (6) Within seven days of the termination of the settlement effort, the parties shall file a joint notice indicating whether the case has settled. If the case has not settled, the parties should include a proposed schedule for the remainder of the case. Signed by Honorable Judge Myron H. Thompson on 1/24/2024. (furn: calendar, ag, lw) (term: PTC 4/25/24; JT 6/17/24)(CWL)** (Entered: 01/24/2024) |
| 02/21/2024 | 33 | Joint NOTICE of Status by Frederick Coleman, Edward Daniels, Jason Ingram, Sandy Landers, Stacy Trimble, Jimmy Williams, Hyundai Motor Manufacturing of Alabama LLC (Davis, Artur) Modified on 2/26/2024 to add filers(HRR). (Entered: 02/21/2024) |
| 03/21/2024 | 34 | Joint NOTICE *Regarding Mediation* by Hyundai Motor Manufacturing of Alabama LLC, Frederick Coleman, Edward Daniels, Jason Ingram, Sandy Landers, Stacy Trimble, Jimmy Williams (Vreeland, Albert) Modified on 3/21/2024 to add joint filers (CWL). (Entered: 03/21/2024) |
| 04/06/2024 | 35 | (Stricken - incorrect event used when e-filing) NOTICE of Voluntary Dismissal by Sandy Landers (Davis, Artur) Modified on 4/8/2024 (CWL). (Entered: 04/06/2024) |
| 04/06/2024 |  | Joint STIPULATION of Dismissal as to Plaintiff Sandy Landers by Hyundai Motor Manufacturing of Alabama LLC, Sandy Landers. (no pdf attached - see doc 35]; incorrect event used when e-filing) (CWL) (Entered: 04/08/2024) |
| 04/06/2024 |  | MOTION TO DISMISS by Sandy Landers as construed in 38 JUDGMENT.(LAB) Modified event on 6/27/2024 (LAB). (Entered: 06/27/2024) |
| 06/03/2024 | 36 | NOTICE of Status and Motion to Reopen Case by Frederick Coleman, Edward Daniels, Jason Ingram, Stacy Trimble, Jimmy Williams (Davis, Artur) Modified on 6/27/2024 (LAB) (Entered: 06/03/2024) |
| 06/27/2024 | 37 | **ORDER: it ORDERED that: This case is administratively reopened. Defendant shall refile its motion for summary judgment within three business days of the date of this order. Signed by Honorable Judge Myron H. Thompson on 6/27/2024. (LAB)** (Entered: 06/27/2024) |
| 06/27/2024 | 38 | **JUDGMENT: it is the ORDER, JUDGMENT, and DECREE of the court that the construed 35 motion to dismiss is granted, and all claims of plaintiff Sandy Landers are dismissed with prejudice, with each party to bear their own fees, costs, and expenses. Signed by Honorable Judge Myron H. Thompson on 6/27/2024. (LAB)** (Entered: 06/27/2024) |
| 06/28/2024 | 39 | MOTION for Extension of Time to File *Motion for Summary Judgment* by Hyundai Motor Manufacturing of Alabama LLC. (Vreeland, Albert) (Entered: 06/28/2024) |

| | | | |
|---|---|---|---|
| 06/28/2024 | | 40 | Amended MOTION for Extension of Time to File *Motion for Summary Judgment* by Hyundai Motor Manufacturing of Alabama LLC. (Vreeland, Albert) (Entered: 06/28/2024) |
| 07/02/2024 | | 41 | **ORDER: Denying as moot 39 Motion for Extension of Time; and granting 40 Amended Motion for Extension of Time to File, which defense counsel has orally represented to the court is unopposed by plaintiff's counsel. The deadline for defendant to refile its motion for summary judgment is extended to July 16, 2024. Signed by Honorable Judge Myron H. Thompson on 7/2/2024. (LAB)** (Entered: 07/02/2024) |
| 07/16/2024 | 📎 | 42 | MOTION for Summary Judgment *(Renewed)* by Hyundai Motor Manufacturing of Alabama LLC. (Vreeland, Albert) (Entered: 07/16/2024) |
| 07/16/2024 | | 43 | Evidentiary Submission re 42 MOTION for Summary Judgment *(Renewed)* filed by Hyundai Motor Manufacturing of Alabama LLC. (Attachments: # 1 Exhibit 1 - Dec of R Burns (1 of 2), # 2 Exhibit 1 - Dec of R Burns (2 of 2), # 3 Exhibit 2 - Ingram Depo transcript, # 4 Exhibit 3 - Evans Depo transcript, # 5 Exhibit 4 - Affidavit of S Tunnell, # 6 Exhibit 5 - Landers Depo transcript, # 7 Exhibit 6 - Burns Depo transcript (1 of 3), # 8 Exhibit 6 - Burns Depo transcript (2 of 3), # 9 Exhibit 6 - Burns Depo transcript (3 of 3), # 10 Exhibit 7 - Daneils Depo transcript (1 of 2), # 11 Exhibit 7 - Daneils Depo transcript (2 of 2), # 12 Exhibit 8 - Vessenmeyer Depo transcript, # 13 Exhibit 9 - Def INT responses, # 14 Exhibit 10 - Affidavit of R Williams, # 15 Exhibit 11 - J Williams Depo transcript, # 16 Exhibit 12 - Trimble Depo transcript, # 17 Exhibit 13 - Nice Depo transcript, # 18 Exhibit 14 - Coleman Depo transcript, # 19 Exhibit 15 - Brown Depo transcript, # 20 Exhibit 16 - Declaration of C Fletcher (1 of 2), # 21 Exhibit 16 - Declaration of C Fletcher (2 of 2), # 22 Exhibit 17 - Declaration of Purter, # 23 Exhibit 18 - Declaration of R Brown, # 24 Exhibit 19 - Declaration of R Tucker, # 25 Exhibit 20 - Declaration of M Davis, # 26 Exhibit 21 - Declaration of S Kang, # 27 Exhibit 22 - Declaration of C Hirota, # 28 Exhibit 23 - Declaration of C Horton, # 29 Exhibit 24 - Declaration of C Ames) (Vreeland, Albert) (Entered: 07/16/2024) |
| 07/16/2024 | | 44 | BRIEF/MEMORANDUM in Support re 42 MOTION for Summary Judgment *(Renewed) Against Jason Ingram* filed by Hyundai Motor Manufacturing of Alabama LLC. (Vreeland, Albert) (Entered: 07/16/2024) |
| 07/16/2024 | | 45 | BRIEF/MEMORANDUM in Support re 42 MOTION for Summary Judgment *(Renewed) Against Jimmy Williams* filed by Hyundai Motor Manufacturing of Alabama LLC. (Vreeland, Albert) (Entered: 07/16/2024) |
| 07/16/2024 | | 46 | BRIEF/MEMORANDUM in Support re 42 MOTION for Summary Judgment *(Renewed) Against Frederick Coleman* filed by Hyundai Motor Manufacturing of Alabama LLC. (Vreeland, Albert) (Entered: 07/16/2024) |
| 07/16/2024 | | 47 | BRIEF/MEMORANDUM in Support re 42 MOTION for Summary Judgment *(Renewed) Against Edward Daniels* filed by Hyundai Motor Manufacturing of Alabama LLC. (Vreeland, Albert) (Entered: 07/16/2024) |
| 07/16/2024 | | 48 | BRIEF/MEMORANDUM in Support re 42 MOTION for Summary Judgment *(Renewed) Against Stacy Trimble* filed by Hyundai Motor Manufacturing of Alabama LLC. (Vreeland, Albert) (Entered: 07/16/2024) |
| 07/29/2024 | | 49 | **ORDERED: that the motion for summary judgment (Doc. 42 ) is set for submission on September 3, 2024, with any opposition brief and evidentiary materials due by August 19, and any reply to the opposition due by September 3. Signed by Honorable Judge Myron H. Thompson on 7/29/2024. (LAB)** (Entered: 07/29/2024) |

| | | |
|---|---|---|
| 07/29/2024 | 50 | **ORDERED: that the uniform scheduling order (Doc. 22 ) is modified to the extent that the pretrial conference is reset for February 27, 2025, by video conference, and the trial is reset for the term of court beginning on April 14, 2025, with all unexpired deadlines expressly tied to these two dates adjusted accordingly. Signed by Honorable Judge Myron H. Thompson on 7/29/2024. (Reset from: PTC 4/25/2024 and Trial 6/17/2024) (LAB)** (Entered: 07/29/2024) |
| 08/12/2024 | 51 | MOTION for Extension of Time to File Response/Reply as to 42 MOTION for Summary Judgment *(Renewed)* by Frederick Coleman, Edward Daniels, Jason Ingram, Sandy Landers, Stacy Trimble, Jimmy Williams. (Best, Ivey) (Entered: 08/12/2024) |
| 08/13/2024 | 52 | **ORDER: It is ORDERED that the unopposed motion for extension of time (Doc. 51 ) is granted, and the motion for summary judgment (Doc. 42 ) is reset for submission on September 17, 2024, with any opposition brief and evidentiary materials due by September 3, and any reply to the opposition due by September 17. Signed by Honorable Judge Myron H. Thompson on 8/13/2024. (CWL)** (Entered: 08/13/2024) |
| 09/02/2024 | 53 | Evidentiary Submission re 42 MOTION for Summary Judgment *(Renewed)* filed by Frederick Coleman, Edward Daniels, Jason Ingram, Stacy Trimble, Jimmy Williams. (Attachments: # 1 Ex. A, Deposition of Frederick Coleman, # 2 Ex. B, Deposition of Edward Daniels, # 3 Ex. C, Deposition of Jason Ingram, # 4 Ex. D, Deposition of Stacy Trimble, # 5 Ex. E, Deposition of Jimmy Williams, # 6 Ex. F, Deposition of Ta'Lon Brown, # 7 Ex. G, Deposition of Robert Burns 30(b)(6), # 8 Ex. H, Deposition of Steven Cho, # 9 Ex. I, Deposition of Brandon Evans, # 10 Ex. J, Deposition of Jimmeka Johnson, # 11 Ex. K, Deposition of Bobbie Ford, # 12 Ex. L, Deposition of Mary Rice) (Davis, Artur) (Entered: 09/02/2024) |
| 09/03/2024 | 54 | BRIEF/MEMORANDUM in Opposition re 42 MOTION for Summary Judgment *(Renewed)* filed by Frederick Coleman, Edward Daniels, Jason Ingram, Stacy Trimble, Jimmy Williams. (Davis, Artur) (Entered: 09/03/2024) |
| 09/17/2024 | 55 | REPLY BRIEF re 42 MOTION for Summary Judgment *(Renewed)* filed by Hyundai Motor Manufacturing of Alabama LLC. (Attachments: # 1 Exhibit A - Joint Motion to Amend Petition and Settlement Agreement, # 2 Exhibit B - Amended Order Approving Settlement and Petition) (Vreeland, Albert) (Entered: 09/17/2024) |
| 01/08/2025 | 56 | MOTION to Sever *or, Alternatively, For Separate Trials* by Hyundai Motor Manufacturing of Alabama LLC. (Vreeland, Albert) (Entered: 01/08/2025) |
| 01/08/2025 | 57 | **ORDERED that the motion to sever or, alternatively, for separate trials (Doc. 56 ) is set for submission on January 29, 2025, with any opposition brief due by January 22, and any reply to the opposition due by January 29. Signed by Honorable Judge Myron H. Thompson on 01/08/2025. (LAB)** (Entered: 01/08/2025) |
| 01/09/2025 | 58 | MOTION to Stay re 56 MOTION to Sever *or, Alternatively, For Separate Trials* by Frederick Coleman, Edward Daniels, Jason Ingram, Sandy Landers, Stacy Trimble, Jimmy Williams. (Best, Ivey) (Entered: 01/09/2025) |
| 01/16/2025 | 59 | RESPONSE in Opposition re 58 MOTION to Stay re 56 MOTION to Sever *or, Alternatively, For Separate Trials* filed by Hyundai Motor Manufacturing of Alabama LLC. (Vreeland, Albert) (Entered: 01/16/2025) |

| | | |
|---|---|---|
| 01/21/2025 | 60 | **ORDER denying 58 Motion to Stay. It is further ORDERED that the motion to set oral argument (Doc. 58 ) on the motion for summary judgment is denied without prejudice. Signed by Honorable Judge Myron H. Thompson on 1/21/2025. (LAB)** (Entered: 01/21/2025) |
| 01/22/2025 | 61 | Consent MOTION for Extension of Time to File Response/Reply as to 56 MOTION to Sever *or, Alternatively, For Separate Trials* by Frederick Coleman, Edward Daniels, Jason Ingram, Sandy Landers, Stacy Trimble, Jimmy Williams. (Best, Ivey) (Entered: 01/22/2025) |
| 01/22/2025 | 62 | **TEXT ORDER granting 61 Motion for Extension of Time to File Response. The motion to sever or, alternatively, for separate trials (Doc. 56 ) is reset for submission on February 7, 2025, with any opposition brief due by January 31, and any reply to the opposition due by February 7. Entered by Honorable Judge Myron H. Thompson on 1/22/2025. (LAB)** (Entered: 01/22/2025) |
| 01/29/2025 | 63 | **ORDERED that the uniform scheduling order (Doc. 22 ) is modified as follows; Final Pretrial Conference RESET for 3/20/2025 10:00 AM via video conference before Honorable Judge Myron H. Thompson. Jury Selection & Trial RESET for 5/12/2025 before Honorable Judge Myron H. Thompson. Signed by Honorable Judge Myron H. Thompson on 1/29/2025. (TERM: FPC 2/27/2025 & JS/JT 4/14/2025) (LAB)** (Entered: 01/29/2025) |
| 01/31/2025 | 64 | RESPONSE in Opposition re 56 MOTION to Sever *or, Alternatively, For Separate Trials* filed by Frederick Coleman, Edward Daniels, Jason Ingram, Stacy Trimble, Jimmy Williams. (Davis, Artur) (Entered: 01/31/2025) |
| 02/07/2025 | 65 | REPLY BRIEF re 56 MOTION to Sever *or, Alternatively, For Separate Trials* filed by Hyundai Motor Manufacturing of Alabama LLC. (Vreeland, Albert) (Entered: 02/07/2025) |
| 03/06/2025 | 66 | **ORDER SETTING PRETRIAL HEARING: It is ORDERED that this cause is hereby set for a pretrial hearing as provided by Rule 16 of the Federal Rules of Civil Procedure, on March 20, 2025, at 10:00 a.m. by videoconference, as further set out. The plaintiff(s) shall ensure that the proposed pretrial order is received by the court NOT LATER THAN THREE BUSINESS days prior to the pretrial conference, as further set out. TRIAL TERM COMMENCES May 12, 2025, at 10:00 a.m., in Montgomery, Alabama. Signed by Honorable Judge Myron H. Thompson on 3/6/2025. (CWL)** (Entered: 03/06/2025) |
| 03/19/2025 | 67 | **TEXT ORDER continuing Final Pretrial Conference currently set for 3/20/2025 to 3/26/2025 10:00 AM via video conference before Honorable Judge Myron H. Thompson. Entered by Honorable Judge Myron H. Thompson on 3/19/2025. (LAB)** (Entered: 03/19/2025) |
| 03/26/2025 | 68 | **OPINION. Signed by Honorable Judge Myron H. Thompson on 3/26/2025. (See Opinion for Further Details) (LAB)** (Entered: 03/26/2025) |
| 03/26/2025 | 69 | **ORDERED that, Defendant Hyundai Motor Manufacturing of Alabama, LLC.'s motion to sever (Doc. 56 ) is granted in part and denied in part as follows: (a) Plaintiff Stacy Trimble and his claims are severed from this case and will be assigned a new case number and styled Stacy Trimble v. Hyundai Motor Manufacturing of Alabama, LLC. Upon establishing new a case number and file, the following docket entries are to be included in the new case file: 14; 8; 10-43; and 48-67. (b) Plaintiffs Frederick Coleman, Edward Daniels, and Jimmy Williams and their claims are severed from this case and, together, will be assigned a new case number and styled Coleman, et al. v. Hyundai Motor** |

|  |  |  | **Manufacturing of Alabama, LLC. Upon establishing new a case number and file, the following docket entries are to be included in the new case file: 16; 9-43; 45-47; and 49-67. Plaintiffs Coleman, Daniels, and Williams are not severed as among themselves. Plaintiff Jason Ingram and his claim will continue to proceed under the currently assigned case number and in the current case. (d) The filing fee is waived for each severed case. (2) Defendant Hyundai Motor Manufacturing of Alabama, LLC.'s alternative motion for separate trials (Doc. 56 ) is: (a) Denied as moot with regard to plaintiff Ingram. (b) Denied as moot with regard to plaintiff Trimble. (c) Denied, with leave to refile after the court has resolved the pending motion for summary judgment (Doc. 42 ), as to plaintiffs Coleman, Daniels, and Williams. Signed by Honorable Judge Myron H. Thompson on 3/26/2025. (LAB)** (Entered: 03/26/2025) |