IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| STACY TRIMBLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. |
| HYUNDAI MOTOR | ) | 2:25cv235-MHT |
| MANUFACTURING OF ALABAMA, | ) | (WO) |
| LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

In accordance with the opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Hyundai Motor Manufacturing of Alabama, LLC's motion for summary judgment (Doc. 42) is granted.

(2) Judgment is entered in favor of defendant Hyundai Motor Manufacturing of Alabama, LLC and against plaintiff Stacy Trimble, with plaintiff Trimble taking nothing by his complaint.

It is further ORDERED that costs are taxed against plaintiff Trimble, for which execution may issue.

There being "no just reason for delay," Fed. R. Civ. P. 54(b), the clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules for Civil Procedure, for plaintiff Trimble's claim is the only remaining claim in this case.

This case is closed.

DONE, this the 20th day of June, 2025.

                                       /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**